IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN RUDNICK LLP,<br><br>Plaintiff,<br><br>v.<br><br>AROGO CAPITAL ACQUISITION CORPORATION,<br><br>Defendant. | **COMPLAINT**<br><br>March 28, 2025 |

## INTRODUCTION

1. Brown Rudnick LLP ("Brown Rudnick") brings this action to collect approximately $810,451.69 in legal fees that Defendant Arogo Capital Acquisition Corporation ("Arogo Capital") has failed to pay Brown Rudnick. Brown Rudnick has provided Arogo Capital with substantial legal services in connection with a potential transaction. However, Brown Rudnick has not received payment for the services it provided to Arogo Capital during the last fourteen months.

### I.   THE PARTIES

2. Plaintiff Brown Rudnick is a law firm organized as a Massachusetts Limited Liability Partnership with a principal place of business at One Financial Center, Boston, MA 02111 and an office at 1900 N. St. NW, Washington, DC 20036.

3. Defendant Arogo Capital is a corporation organized and existing under the laws of Delaware, with its principal place of business located at 848 Brickell Avenue, Penthouse 5, Miami, FL 33131.

## II.  JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the parties agreed to a forum selection clause designating the District of Columbia as the appropriate forum for disputes arising out of the professional services agreement.

## III.  FACTUAL BACKGROUND

6. On or about January 16, 2024, Plaintiff and Defendant entered into an agreement ("the Agreement") whereby Plaintiff agreed to provide legal services to Defendant.

7. Pursuant to the Agreement, Defendant agreed to pay Plaintiff for the services rendered.

8. Plaintiff performed all of its obligations under the Agreement.

9. Defendant has failed to pay Plaintiff the amount of $810,451.69, which is due and owing under the Agreement.

10. The Agreement states Brown Rudnick has the right to charge an interest rate of 9% per annum on all unpaid amounts commencing on the date that is 30 days after the initial due date.

11. The Agreement also states that Arogo Capital agrees to pay Brown Rudnick its reasonable attorneys' fees if a dispute arises between the parties and judgment is entered in Brown Rudnick's favor.

## COUNT I:
## BREACH OF CONTRACT

12. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. The Agreement constitutes a valid and binding contract between Plaintiff and Defendant.

14. Plaintiff has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the Agreement.

15. Defendant has breached the Agreement by failing to pay Plaintiff the amount of $810,451.69.

16. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in the amount of $810,451.69.

## COUNT II:
## ACCOUNT STATED

17. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 16 as if fully set forth herein.

18. Plaintiff and Defendant had a series of transactions whereby Plaintiff provided services to Defendant, and Defendant agreed to pay for those services.

19. Plaintiff rendered statements of account to Defendant, which accurately reflected the amount due and owing for the services provided.

20. Defendant did not object to the statements of account and thereby acknowledged the correctness of the amount due.

21. Defendant owes Plaintiff the amount of $810,451.69 on the account stated.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

A. awarding Plaintiff damages in the amount of $810,451.69;

B. awarding Plaintiff pre- and post-judgment interest as allowed by law;

C. awarding Plaintiff its costs and attorneys' fees incurred in this action; and

D. granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/
Stephen D. Palley
**BROWN RUDNICK LLP**
1900 N. St. NW
Washington, DC 20036
Phone: (202) 536-1766
Email: *spalley@brownrudnick.com*


Ryan J. Cappuzzello (*pro hac vice pending*)
**BROWN RUDNICK LLP**
1900 N. St. NW
Washington, DC 20036
Phone: (202) 536-1723
rcappuzzello@brownrudnick.com

*Attorneys for Plaintiff Brown Rudnick LLP*

March 28, 2025